IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>ALVOTECH HF., <br><br>　　　　　Defendant. | Case No. 1:21-cv-2899 <br><br> Hon. Judge Franklin U. Valderrama <br><br> Magistrate Judge M. David Weisman |

**DEFENDANT ALVOTECH HF.'S RULE 12(B)(1), 12(B)(2), 12(B)(6), AND 12(B)(7) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM, AND FAILURE TO JOIN A NECESSARY PARTY**

Defendant Alvotech hf. respectfully moves this Court to dismiss Plaintiff AbbVie Inc.'s and Plaintiff AbbVie Biotechnology Ltd.'s complaint. The Court should dismiss the complaint under Federal Rule of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction or, in the alternative, under Rule 12(b)(6) for failure to state a claim for relief because AbbVie's 35 U.S.C. § 271(e) claims and AbbVie's declaratory judgment claims are all improper under the BPCIA and AbbVie did not sue the BLA applicant as required by Federal statute. If the Court does not dismiss the complaint under Rule 12(b)(1) or 12(b)(6), the Court should dismiss the complaint under Rule 12(b)(7) because Alvotech USA Inc. is a required party under Rule 19 and cannot be joined to this matter in this venue. In the alternative, and in the event the Court does not dismiss this suit pursuant to Rules 12(b)(1), (6) or (7), the Court should dismiss this suit under Rule 12(b)(2) for lack of personal jurisdiction.

For the reasons set forth above and in the accompanying memorandum in support of this motion, Defendant Alvotech hf. respectfully moves to dismiss the complaint with prejudice.

Date: July 29, 2021

Respectfully submitted,

ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

Jonathan Singer (# 6211867)
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099
Email: singer@fr.com

Martina Tyreus Hufnal (*pro hac vice* pending)
Douglas McCann (*pro hac vice* pending)
**FISH & RICHARDSON P.C.**
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Tel: 302-652-5070 / Fax: 302-652-0607
Email: tyreushufnal@fr.com;
dmccann@fr.com

*Attorneys for ALVOTECH HF.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021 I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

/s/ <i>Luis E. Fogel</i><br>Louis E. Fogel