IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOTECH HF., <br><br> Defendant. | Case No. 1:21-cv-2899 <br><br> Hon. Judge Franklin U. Valderrama <br><br> Magistrate Judge M. David Weisman |

**DECLARATION OF LOUIS E. FOGEL IN SUPPORT OF ALVOTECH HF.'S RULE 12(B)(1), 12(B)(2), 12(B)(6), AND 12(B)(7) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM, AND FAILURE TO JOIN A NECESSARY PARTY**

I, Louis E. Fogel, hereby declare as follows:

1. I am an attorney with the law firm of Jenner and Block LLP, counsel for Alvotech hf. in the above captioned matter. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A to this declaration is a true and correct copy of a letter from Alvotech USA Inc. to AbbVie, Inc. re Provision of Alvotech USA Inc.'s BLA No. 761205 (biosimilar adalimumab) and other manufacturing information pursuant to 42 U.S.C. § 262(*l*), dated November 5, 2020.

3. Attached as Exhibit B to this declaration is a true and correct copy of the first page from a letter from Alvotech USA Inc. to AbbVie, Inc. re "List and Description by Subsection (k) Applicant" under 42 U.S.C. § 262(*l*)(3)(B) related to Alvotech USA Inc.'s BLA No. 761205 (biosimilar adalimumab), dated January 14, 2021.

1

4. Attached as Exhibit C to this declaration is a true and correct copy of the top email from an email chain between Ahmed Davis, Michael Morin, William Raich, David Frazier, Charles Collins-Chase, et al., with the subject line reading "Alvotech BLA No. 761205 -- AbbVie 3C," dated March 31, 2021.

5. Attached as Exhibit D to this declaration is an excerpted true and correct copy of Alvotech USA Inc.'s Application to Market a New or Abbreviated New Drug or Biologic for Human Use Form, dated August 28, 2020, produced to AbbVie at Bates No. ALV0000538.

6. Attached as Exhibit E to this declaration is a true and correct copy of Instruction for Filling out Form FDA 356h – Application to Market a New or Abbreviated New Drug or Biologic for Human Use, last accessed on June 2, 2021 at https://www.fda.gov/media/84223/download.

7. Attached as Exhibit F to this declaration is a true and correct copy of Alvotech USA Inc.'s BLA No. 761205 (biosimilar adalimumab) Notice of Commercial Marketing Pursuant to 42 U.S.C. § 262(*l*)(8)(A), dated May 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of July, 2021 at Chicago, IL.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021 I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

/s/ *Louis E. Fogel*
Louis E. Fogel