**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABBVIE INC. and<br>ABBVIE BIOTECHNOLOGY LTD,<br><br>        Plaintiffs,<br><br>v.<br><br>ALVOTECH HF.,<br><br>        Defendant. | Civil Action No. 1:21-cv-02258<br>Civil Action No. 1:21-cv-02899<br><br>Honorable John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANT ALVOTECH HF.'S MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd ("AbbVie") and Defendant Alvotech hf. ("Alvotech"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 29, 2021, Alvotech filed its Motion to Compel Discovery Responses (C.A. No. 1:21-cv-02258, Dkt. 77; C.A. No. 1:21-cv-02899, Dkt. 61) (the "Motion") by which Alvotech seeks an order compelling AbbVie to (1) supplement its responses to Alvotech's First Set of Requests for Production and First Set of Interrogatories, served on August 25, 2021, to reflect all ten patents that will be tried in the August 2022 trial; and (2) produce documents and things produced by AbbVie to Boehringer Ingelheim ("BI") pursuant to court orders at Dkt. 112, 410, and 411 in *AbbVie Inc. v. Boehringer Ingelheim International GmbH*, No. 17-cv-1065 (D. Del.) (the "BI Action").

WHEREAS, AbbVie produced, after conducting a reasonable search and review, all non-privileged documents responsive to BI's discovery requests in compliance with the court orders at Dkt. 112, 410, and 411 in the BI Action.

WHEREAS, with the goal of conserving the Court's judicial resources, AbbVie and Alvotech have reached agreement to resolve the discovery disputes presented in the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1. AbbVie shall produce non-privileged, responsive documents located after a reasonable search subject to AbbVie's general and specific objections in response to Alvotech's First Set of Requests for Production related to U.S. Patent Nos. 6,805,686; 8,999,337; 9,067,992; 9,187,559; 9,512,216; 11,083,792; and 11,167,030 (the patent issuing from U.S. Patent Application No. 17/137,201) (collectively, the "Remaining Patents") by treating the term "Patents-in-Suit" as used in those Requests as including the Remaining Patents. AbbVie shall substantially complete this production on or before December 1, 2021. (*See* C.A. No. 1:21-cv-02258, Dkt. 63; C.A. No. 1:21-cv-02899, Dkt. 53.)

2. AbbVie shall supplement its responses to Alvotech's Interrogatory Nos. 1 and 6–9 to provide relevant information for the Remaining Patents, as appropriate, by November 19, 2021.

3. AbbVie shall begin producing as soon as practicable and on a rolling basis, in response to Alvotech's Request for Production No. 2, all non-privileged documents AbbVie produced in the BI Action in response to the orders at Dkt. 112, 410, and 411 of that case, with production of such documents substantially complete by no later than December 1, 2021. (*See* C.A. No. 1:21-cv-02258, Dkt. 63; C.A. No. 1:21-cv-02899, Dkt. 53.) AbbVie reserves the right to object to the use of any of these documents in this case, including because of their lack of relevance. Alvotech reserves the right to seek additional discovery regarding the BI Action as necessary.

4. Alvotech's Motion (C.A. No. 1:21-cv-02258, Dkt. 77; C.A. No. 1:21-cv-02899, Dkt. 61) shall be deemed resolved and withdrawn as moot.

Date: November 15, 2021

ABBVIE INC. and ABBVIE
BIOTECHNOLOGY LTD

By: */s/ Michael A. Morin*
Sean M. Berkowitz (ARDC No. 6209701)
Brenda Danek (ARDC No. 6315056)
sean.berkowitz@lw.com
brenda.danek@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue,
Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Michael A. Morin (ARDC No. 6229902)
David P. Frazier (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ashley M. Fry (*pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
ashley.fry@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Arlene Chow (*pro hac vice*)
Herman Yue (*pro hac vice*)
arlene.chow@lw.com
herman.yue@lw.com
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Michael Seringhaus (*pro hac vice*)
michael.seringhaus@lw.com

Respectfully submitted,

ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

Jonathan Singer
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099
Email: singer@fr.com

Martina Tyreus Hufnal
Douglas McCann
**FISH & RICHARDSON P.C.**
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Tel: 302-652-5070 / Fax: 302-652-0607
Email: tyreushufnal@fr.com;
dmccann@fr.com

*Attorneys for ALVOTECH HF.*

3

**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd.*

SO ORDERED.

Dated: _____

JOHN Z. LEE
UNITED STATES DISTRICT JUDGE