IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., | ) ) ) | Civil Action No. 1:21-cv-02258 Civil Action No. 1:21-cv-02899 |
| Plaintiffs, | ) ) | Honorable John Z. Lee |
| v. | ) ) | Magistrate Judge M. David Weisman |
| ALVOTECH HF., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT ALVOTECH HF.'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF ESHA BANDYOPADHYAY FILED IN SUPPORT OF ALVOTECH HF.'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES**

Pursuant to Local Rules 5.8 and 26.2 and the Protective Order entered by the Court in this case, Defendant Alvotech hf. ("Alvotech hf.") moves for an Order permitting the filing under seal of unredacted versons of Exhibits A, B, G, H, I, N, O, P and R to the Declaration of Esha Bandyopadhyay filed in support of Defendant Alvotech hf.'s Response to Plaintiffs' Motion to Compel Discovery Responses. In support of this Motion, Alvotech states as follows:

1. Pursuant to Local Patent Rule 1.4, "the protective order found in LPR Appendix B ["Model Order"] shall be deemed to be in effect as of the date for each party's Initial Disclosures."

2. Under the Model Order, "Highly Confidential" information is defined as information "that is current or future business or technical trade secrets and plans more sensitive or strategic than Confidential information, the disclosure of which is likely to significantly harm that person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (*Id*. at 2.c.)

3. On September 28, 2021, the Court entered the Parties' Stipulated Protective Order. (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.) According to the terms of the Stipulated Protective Order, any court filing that "contains, describes, or discusses" discovery material a producing party designates as Confidential shall be filed under seal pursuant to Local Rule 26.2, the Court's CM/ECF procedures, and any other applicable rules or procedures.

4. Under the terms of the Stipulated Protective Order, "Confidential" information is defined as "information or things that constitute, contain, reveal, or reflect trade secrets or other confidential research, development, business, or commercial information . . . including but not limited to . . . scientific [] information; [and] product information . . . ." (Dkt. 66 at 2.)

5. Exhibit A contains Alvotech hf.'s List of Custodians and Proposed Search Terms, dated October 13, 2021, and includes materials designated "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

6. Exhibit B contains Alvotech hf.'s List of Custodians and Proposed Search Terms, dated October 28, 2021, and includes materials designated "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

7. Exhibit G contains correspondence between counsel for Plaintiffs and Defendant on November 22, 2021 regarding custodians and proposed search terms and includes materials designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals

confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

8. Exhibit H contains Defendant's Responses to Plaintiffs' Second Set of Interrogatories to Alvotech hf. Nos. 13-24, dated November 19, 2021, and includes information designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case. (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

9. Exhibit I contains correspondence between counsel for Plaintiffs and Defendant on November 30, 2021 regarding AbbVie's motion to compel filed on November 5, 2021, custodians, and proposed search terms, and includes information designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case. (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

10. Exhibit N contains correspondence between counsel for Plaintiffs and Defendant on November 19, 2021 regarding custodians and proposed search terms and includes materials designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

11. Exhibit O contains correspondence between counsel for Plaintiffs and Defendant on November 22, 2021 regarding custodians and proposed search terms and includes materials designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case,

(C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

12. Exhibit P contains correspondence between counsel for Plaintiffs and Defendant on November 23, 2021 regarding custodians and proposed search terms and includes materials designated as "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), including information that reveals confidential research, business, and product information related to Alvotech's BLA No. 7612015 that is the subject of this litigation.

13. Exhibit R contains Plaintiffs' Responses and Objections to Defendant's Second Set of Requests for Production to Plaintiffs (Nos. 76-109), dated October 27, 2021, and includes materials designated by Plaintiffs as "CONFIDENTIAL" under the Protective Order entered by the Court in this case, (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56), presumably because they contain information that reveals confidential research, business, and product information related to Humira® and/or the asserted patents.

For the foregoing reasons, Alvotech respectfully requests that the Court enter an order permitting Alvotech to file under seal Exhibits A, B, G, H, I, N, O, P and R to the Declaration of Esha Bandyopadhyay filed in support of Defendant Alvotech hf.'s Response to Plaintiffs' Motion to Compel Discovery Responses.

Date: December 6, 2021

Respectfully Submitted,

ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

Jonathan Singer
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099
Email: singer@fr.com

Martina Tyreus Hufnal
Douglas McCann
**FISH & RICHARDSON P.C.**
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Tel: 302-652-5070 / Fax: 302-652-0607
Email: tyreushufnal@fr.com;
dmccann@fr.com

*Attorneys for ALVOTECH HF.*

## CERTIFICATE OF SERVICE

I do hereby certify that true and correct copies of Exhibits A, B, G, H, I, N, O, P and R to the Declaration of Esha Bandyopadhyay filed in support of Defendant Alvotech hf.'s Response to Plaintiffs' Motion to Compel Discovery Responses were served by electronic mail to all counsel of record on December 6, 2021.

    Sean M. Berkowitz (ARDC No. 6209701)
    Brenda Danek (ARDC No. 6315056)
    sean.berkowitz@lw.com
    brenda.danek@lw.com
    LATHAM & WATKINS LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, Illinois 60611
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767

    Michael A. Morin (ARDC No. 6229902)
    David P. Frazier (*pro hac vice*)
    Tara D. Elliott (*pro hac vice*)
    Ashley M. Fry (*pro hac vice*)
    michael.morin@lw.com
    david.frazier@lw.com
    tara.elliott@lw.com
    ashley.fry@lw.com
    LATHAM & WATKINS LLP
    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201

    Arlene L. Chow (*pro hac vice*)
    Herman H. Yue (*pro hac vice*)
    arlene.chow@lw.com
    herman.yue@lw.com
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

    Michael Seringhaus (*pro hac vice*)
    michael.seringhaus@lw.com

LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.*
*and AbbVie Biotechnology Ltd*

                                          */s/ Louis E. Fogel*
                                              Louis E. Fogel