IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., | ) ) ) | Civil Action No. 1:21-cv-02258<br>Civil Action No. 1:21-cv-02899 |
| Plaintiffs, | ) ) ) | Honorable John Z. Lee |
| v. | ) ) | Magistrate Judge M. David Weisman |
| ALVOTECH HF., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT ALVOTECH HF.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF LOUIS E. FOGEL IN SUPPORT OF ALVOTECH HF.'S RESPONSE TO PLAINTIFFS' NOTICE OF NARROWING OF CLAIM CONSTRUCTION ISSUES AND NOTICE OF SUPPLEMENTAL TUTORIAL EXHIBITS**

Pursuant to Local Rules 5.8 and 26.2 and the Protective Order entered by the Court in this case, Defendant Alvotech hf. moves for an Order permitting the filing under seal of Exhibits 1 and 2 filed with the Declaration of Louis E. Fogel in Support of Defendant Alvotech hf.'s Response to Plaintiffs' Notice of Narrowing of Claim Construction Issues and Notice of Supplemental Tutorial Exhibits. In support of this Motion, Alvotech hf. states as follows:

1. On September 28, 2021, the Court entered the Parties' Stipulated Protective Order ("Protective Order"). (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.) According to the terms of the Protective Order, any court filing that "contains, describes, or discusses" discovery material a producing party designates as Confidential shall be filed under seal pursuant to Local Rule 26.2, the Court's CM/ECF procedures, and any other applicable rules or procedures.

1

2. Under the terms of the Protective Order, "Confidential" information is defined as "information or things that constitute, contain, reveal, or reflect trade secrets or other confidential research, development, business, or commercial information . . . including but not limited to . . . scientific [] information; [and] product information . . . ." (Dkt. 66 at 2.)

3. Exhibit 1, ABV-ALV_21947580, is a presentation containing business and technical information produced by Plaintiffs and designated as "CONFIDENTIAL" under the Protective Order.

4. Exhibit 2, ABV-ALV_08289955, is presentation containing technical information produced by Plaintiffs and designated as "CONFIDENTIAL" under the Protective Order.

For the foregoing reasons, Alvotech hf. respectfully requests that the Court enter an order permitting Alvotech to file under seal Exhibits 1 and 2 attached to the Declaration of Louis E. Fogel in Support of Defendant Alvotech hf.'s Response to Plaintiffs' Notice of Narrowing of Claim Construction Issues and Notice of Supplemental Tutorial Exhibits.

Date: January 13, 2022

Respectfully Submitted,

ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

Jonathan Singer
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099
Email: singer@fr.com

Martina Tyreus Hufnal
Douglas McCann

2

**FISH & RICHARDSON P.C.**
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Tel: 302-652-5070 / Fax: 302-652-0607
Email: tyreushufnal@fr.com;
dmccann@fr.com

Esha Bandyopadhyay
**FISH & RICHARDSON P.C.**
500 Arguello Street Suite 400
Redwood City, CA 94063
Tel: 650-839-5088 / Fax: 650-839-5071
Email: esha@fr.com

*Attorneys for ALVOTECH HF.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that true and correct copies of Exhibits 1 and 2 to the Declaration of Louis E. Fogel in Support of Alvotech hf.'s Response to Plaintiffs' Notice of Narrowing of Claim Construction Issues and Notice of Supplemental Tutorial Exhibits were served by electronic mail to all counsel of record on January 13, 2022.

Sean M. Berkowitz (ARDC No. 6209701)
Brenda Danek (ARDC No. 6315056)
sean.berkowitz@lw.com
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Michael A. Morin (ARDC No. 6229902)
David P. Frazier (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ashley M. Fry (*pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
ashley.fry@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Arlene L. Chow (*pro hac vice*)
Herman H. Yue (*pro hac vice*)
arlene.chow@lw.com
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Michael Seringhaus (*pro hac vice*)
michael.seringhaus@lw.com

LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.*
*and AbbVie Biotechnology Ltd*

                                                                    */s/ Louis E. Fogel*
                                                                     Louis E. Fogel