UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOTECH HF. <br><br> Defendant. | Case No. 1:21-cv-02258 <br> Case No. 1:21-cv-02899 <br><br> Hon. John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF THIRD-PARTY TEVA PHARMACEUTICALS USA, INC.'S MOTION FOR CLARIFICATION AND FOR AN EXTENSION OF TIME**

Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd ("AbbVie") respectfully move the Court for an expedited decision on Third-Party Teva Pharmaceuticals USA, Inc.'s ("Teva") Motion for Clarification and for an Extension of Time. *See* Dkt. 228 (Case No. 1:21-cv-02258); 219 (Case No. 1:21-cv-02899). AbbVie files this motion contemporaneously with its opposition to Teva's motion. In light of the close of fact discovery in under four weeks, AbbVie respectfully requests that the Court render a decision on Teva's motion as soon as practicable. AbbVie respectfully submits that the Court can decide Teva's motion on the papers.

In support of this motion, AbbVie states as follows:

1. On September 20, 2021, in response to Defendant Alvotech hf.'s ("Alvotech") repeated calls for an accelerated case schedule, the Court entered a Scheduling and Discovery Order. (C.A. No. 1:21-cv-02258, Dkt. 63; C.A. No. 1:21-cv-02899, Dkt. 53; *see also* C.A No. 1:21-cv-2258, Dkt. 49 at 6 (Alvotech representing that it wanted the case to move "as fast as is reasonably possible."))

2. Based on the timeline in the Scheduling Order, the parties are set to complete fact discovery by March 2, 2022. (C.A. No. 1:21-cv-02258, Dkt. 63 at 2; C.A. No. 1:21-cv-02899, Dkt. 53 at 2.)

3. Teva received AbbVie's subpoena on October 8, 2021. Since that time, AbbVie and Teva have engaged in extensive letter writing and teleconferences to ensure that sufficient information would be produced in advance of this deadline. Teva has failed to provide fulsome – let alone sufficient – documents and information in response to AbbVie's subpoena.

4. On December 22, 2021, Alvotech served personal deposition notices, and on December 24, 2021, Alvotech served its notice of depositions pursuant to Rule 30(b)(6). Likewise,

1

AbbVie served its personal and Rule 30(b)(6) deposition notices on Alvotech on December 21 and 23, 2021, respectively. The parties have started taking and defending more than 30 depositions.

5. Teva has committed to producing a witness for deposition in response to AbbVie's subpoena. Teva's failure to comply with its document production obligations prejudices AbbVie's ability to effectively examine Teva's witness(es). This prejudice is compounded by the compressed case schedule that its partner, the Defendant Alvotech, demanded.

6. On January 26, 2022, the Court issued its order regarding AbbVie's motion to compel documents from Teva. The Court set February 11, 2022 as Teva's compliance date.

7. On February 2, 2022, Teva filed the present motion, seeking clarification of the Court's order compelling documents and things from Teva and a two-week compliance extension. Teva's two-week extension would set compliance on February 25, 2022, less than one week before the close of fact discovery on March 2, 2022.

8. In view of the upcoming March 2, 2022 discovery completion deadline and party and non-party deposition(s), AbbVie respectfully requests that the Court render a decision on Teva's motion as soon as practicable.

WHEREFORE, Plaintiffs respectfully request that the Court render a decision on Teva's motion as soon as practicable. Further, AbbVie respectfully submits that Teva's motion can be decided on the papers.

Dated: February 4, 2022

Respectfully submitted,

/s/ Michael A. Morin
Sean M. Berkowitz (ARDC No. 6209701)
Brenda Danek (ARDC No. 6315056)
sean.berkowitz@lw.com
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


Michael A. Morin (ARDC No. 6229902)
David P. Frazier (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ashley M. Fry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
Will Orlady (*pro hac vice)*
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
ashley.fry@lw.com
benjamin.behrendt@lw.com
will.orlady@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Arlene Chow (*pro hac vice*)
Herman Yue (*pro hac vice*)
arlene.chow@lw.com
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Michael Seringhaus (*pro hac vice*)
Eneda Hoxha (*pro hac vice*)
Linfong Tzeng (*pro hac vice pending*)
michael.seringhaus@lw.com

3

eneda.hoxha@lw.com
linfong.tzeng@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Yi Sun (*pro hac vice*)
yi.sun@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*) Kassandra M. Officer (*pro hac vice*) Jennifer H. Roscetti (*pro hac vice*) Rachael P. Dippold (*pro hac vice*)
Yieyie Yang (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
cecilia.sanabria@finnegan.com
kassandra.officer@finnegan.com
jennifer.roscetti@finnegan.com
rachael.dippold@finnegan.com
yieyie.yang@finnegan.com FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (pro hac vice)

4

lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.
and AbbVie Biotechnology Ltd*