**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

AbbVie Inc., et al.

                        Plaintiff,

v.                                                          Case No.: 1:21−cv−02899
                                                           Honorable John Z. Lee

Alvotech hf.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 7, 2022:

      MINUTE entry before the Honorable M. David Weisman: The Court grants in part Teva's motion for clarification [ECF [219]] and clarifies that the January 26, 2022 Order [ECF [211]] applies to Teva Pharmaceuticals, USA Inc. The motion is otherwise denied. Moreover, given the rapidly approaching discovery deadline, Teva's request for an extension of time to comply with the Court's Order is denied. Abbvie's motion to expedite [ECF [230]] is stricken as moot. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.