**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD<br><br>                       Plaintiffs,<br><br>       v.<br><br>ALVOTECH HF.<br><br>                      Defendant. | No. 1:21-cv-02258<br>No. 1:21-cv-02899<br><br>Hon. John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Entries issued on February 3, 2022 (Dkt. 234 (Case No. 1:21-cv-02258); Dkt. 223 (Case No. 1:21-cv-02899)), Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd (collectively, "AbbVie") and Defendant Alvotech hf. (collectively, the "Parties") submit the following Joint Status Report for Case Nos. 1:21-cv-02258 ("2258") and 1:21-cv-02899 ("2899").

## I. Current Deadlines

On September 20, 2021, this Court issued a Scheduling and Discovery Order with respect to ten patents that will be subject to a first trial[1] ("Ten Patents"). Dkt. 63 (2258); Dkt. 53 (2899). The current deadlines for the Ten Patents are as follows:

---

[1] U.S. Patent Nos. 6,805,686, 8,926,975, 8,961,973, 8,999,337, 9,067,992, 9,085,619, 9,187,559, 9,512,216, 11,083,792, and 11,167,030.

| Event | Deadline |
|---|---|
| Fact Discovery Closes (LPR 1.3) | Wednesday, 3/2/2022 |
| Defendant's Final Non-Infringement Contentions (LPR 3.2(a)) | Friday, 3/4/2022 |
| Plaintiffs' Final Enforceability and Validity Contentions (LPR 3.2(b)) | Friday, 3/4/2022 |
| Opening Expert Reports by burden of proof (including arguments on secondary considerations by both parties) | Thursday, 3/17/2022 |
| Rebuttal Expert Reports (including responses to secondary considerations by both parties) (LPR 5.1(c)) | Wednesday, 4/27/2022 |
| Expert Discovery Closes (LPR 5.2) | Tuesday, 6/14/2022 |
| Serve Pretrial Disclosures; File Motions *in Limine* | Tuesday, 6/28/2022 |
| Serve Objections to Pretrial Disclosures; Serve Rebuttal Pretrial Disclosures | Monday, 7/11/2022 |
| Serve Objections to Rebuttal Pretrial Disclosures | Monday, 7/18/2022 |
| File Joint Pretrial Order, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations | Monday, 7/18/2022 |
| Pretrial Conference | Monday, 7/25/2022 |
| Trial | Monday, 8/1/2022 to Friday, 8/19/2022 |
| Opening Post-Trial Briefs/Proposed Findings of Fact and Conclusions of Law | Friday, 9/9/2022 |
| Rebuttal Post-Trial Briefs/Proposed Findings of Fact and Conclusions of Law | Friday, 9/23/2022 |

Both cases have been referred to Magistrate Judge Weisman for general discovery supervision. Dkt. 113 (2258); Dkt. 87 (2899).

## II. Progress of Discovery

The deadline for substantial completion of document production was December 1, 2021, and while the Parties' productions were substantially complete by that time, they have continued to produce documents since, including in response to additional requests or to resolve disputes.

The Parties have served and responded to interrogatories, requests for production, and requests for admission, and additional written discovery remains outstanding.

Fact discovery is scheduled to close on March 2, 2022.

Fact depositions have been ongoing since January 2022. A handful of third-party depositions related to AbbVie's subpoena of Teva and Gudrun Bachmann (former Alvotech hf. employee)[2] are likely to occur outside the fact discovery period, though exact dates are not confirmed. The Parties are optimistic they will be able to work out the necessary scheduling issues around these depositions without approaching the Court.

On January 28, 2022, Alvotech noticed the deposition of Richard Gonzalez, current CEO of AbbVie.

On January 31, 2022, Alvotech hf. notified AbbVie that it would serve a subpoena on Amgen Inc. to produce documents, information or objects or to permit inspection of premises, which it subsequently did. Alvotech is currently negotiating the scope of the subpoena with Amgen.

On February 8, 2022, AbbVie noticed Mark Levick, Alvotech's CEO, Robert Wessman, Alvotech's Chairman of the Board, and Sean Gaskell, Alvotech's Chief Technical Officer. On February 9, 2022, AbbVie noticed both Teva's CEO and its Executive Vice President of North America Commercial. On February 10, 2022, AbbVie notified Alvotech hf. that it would serve subpoenas on Oaktree Capital Management, L.P. and Oaktree Acquisition Corp. II (entities involved in a merger impacting the ownership of Alvotech hf.) to produce documents, information or objects or to permit inspection of premises and to testify at a deposition, which it subsequently did. To the extent either Oaktree entity resists AbbVie's subpoena, AbbVie intends to file an appropriate motion to ensure proper compliance with the subpoena.

---

[2] Ms. Bachmann is located in Switzerland. AbbVie intends to file an appropriate joint motion with this Court, which is the next step in the process.

The Parties agreed to stay motion practice or scheduling of the depositions of Mr. Gonzalez, Dr. Levick, Mr. Wessman, Dr. Gaskell, and Teva's two executives for two weeks through February 28, 2022. If those depositions go forward or related motion practice occurs, the parties agree that they can proceed after the close of fact discovery.

## III. Status of Briefing on Unresolved Motions

As of November 19, 2021, briefing was completed for AbbVie's Motion to Dismiss and Strike Defendant's Counterclaims and Affirmative Defenses of Inequitable Conduct, Unclean Hands, and Patent Misuse in 2258 (Dkt. 69 (2258)).

On January 31, 2022, AbbVie filed its Motion to Dismiss and Strike Defendant's Counterclaims and Affirmative Defenses of Inequitable Conduct, Unclean Hands, and Patent Misuse in 2899 (Dkt. 214 (2899)). The Court has not set a briefing schedule. Alvotech has not yet filed an opposition. On February 21, 2022, Alvotech amended its Answer and Counterclaims to add inequitable conduct of the '559 and '216 patents based on the allegations previously pled for the '973 patent.

[AbbVie's position] AbbVie contends that Alvotech's attempted amendment is untimely and improper. The deadline for amending pleadings under the Court's Scheduling Order was December 22, 2021 (Dkt. 63 (2258) at 1 (setting the deadline to amend the pleadings as December 22, 2021; Dkt. 53 (2899) at 1 (same)) and Alvotech may not amend as a matter of right after that deadline has passed. *Kassner v. 2nd Ave. Delicatessen Inc.,* 496 F.3d 229, 244 (2d Cir. 2007) (holding that "amendment of a pleading as a matter of course [under] Rule 15(a) is subject to the district court's discretion to limit the time for amendment of the pleadings in a schedule order issued under Rule 16(b)"). If permitted to amend at this late stage, Alvotech's maneuver will require AbbVie to file yet another motion to dismiss in place of its January 31, 2022 motion, that will add a section to dismiss Alvotech's inequitable conduct claims for the '559 and '216 patents.

[Alvotech's position] Alvotech contends the amendment is as of right as it is within 21 days since AbbVie filed a motion to dismiss.  Fed. R. Civ. P. 15(a)(1)(B).  Alvotech informed AbbVie on Thursday, February 17 that as a compromise in response to AbbVie's complaints regarding Alvotech's Unenforceability Contentions, Alvotech could amend its Answer and Counterclaims to explicitly include the inequitable conduct counterclaim for the '216 and '559 patents. As such, Alvotech's Amended Answer cannot be a surprise to AbbVie. Regardless, AbbVie has not filed a motion to strike or dismiss the counterclaims based on timeliness, so any hearing on the issue would be premature. Indeed, if/when AbbVie seeks to dismiss again, Alvotech will explain how AbbVie is not prejudiced because the pleadings in the amended complaint are identical to those facts already pled since September 14, 2021.

On February 18, 2022, AbbVie filed its Motion to Strike Defendant's Final Invalidity and Unenforceability Contentions and its Motion for Expedited Briefing Schedule and to Continue the Due Date for Plaintiffs' Responsive Contentions.  The Parties respectfully request that the Court consider these motions at its earliest convenience, as they impact the scope of the case and potentially the schedule—specifically, AbbVie has requested that its responsive final contentions be due three weeks after receiving compliant final invalidity and unenforceability contentions. Alvotech opposes the requested extension on final contentions, though joins the request for expedited briefing and has agreed to submit its opposition to the Motion by Friday, February 25, 2022 with AbbVie agreeing to file its reply on Tuesday, March 1, 2022.

## IV.    Matters to Be Discussed at Hearing

[AbbVie's Position] First, AbbVie requests to address the overall case schedule, in view of Alvotech's delay tactics and gamesmanship.  For example, Alvotech could have answered AbbVie's complaint in the 2899 case last summer, but delayed doing so until January 2022 for no valid reason (AbbVie had stipulated that answering would not waive any arguments in Alvotech's

then-pending, now-denied motion to dismiss). When it finally answered, it included no inequitable conduct claims on the '559 and '216 patents, and consequently AbbVie did not move to dismiss any such claims. Only now, on the day this Joint Status Report was due, and two months after the last day to amend in the Court's Scheduling and Discovery Order, is Alvotech purporting to amend its answer and counterclaims to add these inequitable conduct assertions, which will require the filing of yet another motion to strike or dismiss, to take the place of AbbVie's January 31, 2022 motion. This is just the latest example of Alvotech's delay and gamesmanship (*see, e.g.*, the delay on the product samples below and the subject matter of the pending motion to strike Alvotech's final invalidity and unenforceability contentions discussed *infra*), despite Alvotech itself having insisted on an early trial based on assurances of efficiency and timeliness. Alvotech's delays imperil the entire schedule, and AbbVie would like to discuss the viability of the remaining schedule with the Court.

[Alvotech's position] It is AbbVie who seeks to delay, not Alvotech. AbbVie's desire to delay the trial on its patent portfolio is clear. However, Alvotech has not engaged in any gamesmanship. With respect to the Amended Answer in the 2899 case, Alvotech originally filed a motion to dismiss AbbVie's original complaint for lack of jurisdiction. (Dkt. 28 (2899).) Even though that motion was still pending, after assurances from AbbVie that any answer will not be used against Alvotech, Alvotech filed an answer to AbbVie's Second Amended Complaint along with counterclaims on January 5, 2022. (Dkt. 143 (2899).) AbbVie, in turn, filed a motion to dismiss those counterclaims. (Dkt. 214 (2899).) Alvotech, within the deadline set out by the Federal Rules, amended the counterclaims to add that two additional patents are unenforceable due to inequitable conduct. The basis for unenforceability are the exact same facts that were previously pled on September 14, 2021 in the 2258 case, simply applied to two more patents in

6

the family.  (Dkt. 60 (2258).)  Those facts have been known to AbbVie since at least September 2021. Alvotech will stipulate that if the motion to dismiss is granted with respect to the '973 patent, the same allegations with respect to the '216 and '559 are dismissed.  There is no risk to the trial schedule.

[AbbVie's Position] Second, AbbVie requests that its deadline for responding to Alvotech's Final Invalidity and Unenforceability Contentions (currently set for March 4, 2022) be stayed pending resolution of its February 18, 2022 Motion to Strike certain of those contentions, so AbbVie may know the proper scope of the final contentions to which it should respond.  AbbVie responds that Alvotech cannot have it both ways, both delaying the hearing date yet insisting that the due date for AbbVie's responsive final contentions, which depend on the scope of Alvotech's final contentions, not move.

[Alvotech's position] Alvotech opposes the request to delay the exchange of contentions and submits that exchange of contentions should proceed according to the schedule of the case. Alvotech also requests that the Court, if it is inclined to hear argument on AbbVie's February 18, 2022 Motion to Strike Alvotech's invalidity contentions, sets a hearing date after Friday, February 25, 2022, when Alvotech has submitted its opposition brief.  AbbVie agreed to the opposition being due on Friday, February 25, 2022.  Having argument before the Court has the full briefing seems both inefficient and impractical.  AbbVie, represented by three law firms, certainly has the means to address all of the invalidity contentions within the three week period contemplated by the schedule.  Whether or not the Court strikes the contentions for purposes of the case should not delay the ultimate forward progression of the case.

Third, the Parties request briefing schedules for AbbVie's January 31, 2022 Motion to Dismiss and Strike and its February 18, 2022 Motion to Strike.  Both are time-sensitive, though the latter is particularly urgent.

[AbbVie's position] Fourth, AbbVie may need to seek an extension on deadlines to serve certain documents due to the late production of AVT02 batch samples by Alvotech hf.  AbbVie first requested such samples on July 1, 2021 (First Set of RFPs (No. 83)).  Negotiation regarding the batch samples was complete on December 3, 2021. Alvotech hf. agreed to provide AVT02 batch samples by early January 2022.  On January 20, 2022, Alvotech requested that AbbVie provide certain importation information, which AbbVie provided on January 21, 2022.  According to Alvotech, shipment was delayed due to sample production and the need to ensure all importation information was accurate and complete.  Shipment was executed on February 18, 2022, and Alvotech hf. provided evidence that batch samples were given to a shipping company.  To date, AbbVie has not received the samples or received confirmation that the samples have cleared customs.  Although current tracking information indicates that the shipment should arrive to AbbVie tomorrow, February 22, this is not certain as the predicted receipt date has changed several times, and was initially set for February 10, 2022.  Even if AbbVie receives these batch samples, AbbVie may have insufficient time to adequately analyze them before the deadline for infringement expert reports (less than one month away).

[Alvotech's position] Alvotech disagrees that any perceived delay will or should impact case deadlines.  AbbVie has not articulated or relied on any testing that it needs to perform or fact witnesses that it needs to question with the samples in hand. AbbVie's opening expert report on infringement is not due for over a month. In addition, AbbVie has had samples of Alvotech's autoinjector for over 4 weeks as they were successfully delivered on January 19, 2022.  While

8

Alvotech is open to discussing what extensions AbbVie may need, AbbVie has not approached

Alvotech about this issue and has not identified any specific extension or reason for an extension.

Date:  February 21, 2022

Respectively submitted,

/s/ Michael A. Morin

Sean M. Berkowitz (ARDC No. 6209701)
Brenda Danek (ARDC No. 6315056)
sean.berkowitz@lw.com
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Michael A. Morin (ARDC No. 6229902)
David P. Frazier (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ashley M. Fry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
Will Orlady(*pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
ashley.fry@lw.com
benjamin.behrendt@lw.com
will.orlady@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Arlene Chow (*pro hac vice*)
Herman Yue (*pro hac vice*)
arlene.chow@lw.com
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Michael Seringhaus (*pro hac vice*)
Eneda Hoxha (*pro hac vice*)
Linfong Tzeng (*pro hac vice*)

10

michael.seringhaus@lw.com
eneda.hoxha@lw.com
linfong.tzeng@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Yi Sun (*pro hac vice*)
yi.sun@lw.com
LATHAM & WATKINS LLP
1267 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5400

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
Jennifer H. Roscetti *(pro hac vice)*
Rachael P. Dippold (*pro hac vice*)
Yieyie Yang (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
cecilia.sanabria@finnegan.com
kassandra.officer@finnegan.com
jennifer.roscetti@finnegan.com
rachael.dippold@finnegan.com
yieyie.yang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

11

Oulu Wang (pro hac vice)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.*
*and AbbVie Biotechnology Ltd*


*/s/ Louis E. Fogel (with permission)*
Louis E. Fogel (# 6281404)
lfogel@jenner.com
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-7764

Jonathan Singer
Geoff D. Biegler
Kelly N. Williams
Roger A. Denning
singer@fr.com
biegler@fr.com
nwilliams@fr.com
denning@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Martina Tyreus-Hufnal
Douglas McCann
Gregory R. Booker
tyreushufnal@fr.com
dmccann@fr.com
booker@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Telephone: (302) 652-5070

Facsimile: (302) 652-0607

Ahmed J. Davis
Linhong Zhang
Lauren A. Degnan
adavis@fr.com
lwzhang@fr.com
lad@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW
Ste. 1000
Washington, DC 20024
Telephone (202) 783-5070
Facsimile: (202) 783-2331

Esha Bandyopadhyay
John M. Farrell
bandyopadhyay@fr.com
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello St.
Ste. 400
Redwood City, CA 94063
Telephone: (650) 839-5088
Facsimile: (650) 839-2331

Jenny Shmuel
shmuel@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

Michael J. Kane
Brianna Chamberlin
kane@fr.com
chamberlin@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Ste. 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

Mark R. Buscher
mrb@buscherpatent.com
BUSCHER PATENT PLLC
7900 Sudley Road

13

Suite 900
Manassas, VA 20109
Telephone: (571) 719-6862

*Counsel for Defendant Alvotech hf.*