# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

AbbVie Inc., et al.
                      Plaintiff,

v.                                                   Case No.: 1:21−cv−02899
                                                    Honorable John Z. Lee

Alvotech hf.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 4, 2022:

      MINUTE entry before the Honorable M. David Weisman: After consultation with the district court the 3/4/22 status hearing is reset to 3/15/22 at 11:00 a.m. This Court will set a discovery schedule consistent with any modifications made by the district court in its schedule. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.